UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| PRICE, EDWARD J ) | Case No. 05-60222-CAD | |
| ) | | |
| Debtor(s). ) | Hon. Carol A. Doyle | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604

    On: **January 29, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $25,085.75 |
    | Disbursements | $7,500.00 |
    | Net Cash Available for Distribution | $17,585.75 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $2,264.67 | $0.00 |
| WILLIAM G. PINTAS & ASSOCIATES<br>*Other Chapter 7 Administrative* | $0.00 | $0.00 | $5,000.00 |
| FRANK/GECKER LLP<br>*Attorney for Trustee* | $0.00 | $5,533.00 | $11.19 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| n/a | | | |

6.  Claims of general unsecured creditors totaling $2,066.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% and interest at the T-Bill rate of 4.1400%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Capital One Bank (USA), N.A. | $2,066.45 | $2,337.87 |

7.  Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

8.  Back to Debtor claims totaling $2,439.02 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 100%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Price, Edward J | $2,439.02 | $2.439.02 |

9.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor(s) have been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CHECKING ACCOUNT | $50.00 |

Dated: **December 24, 2008**                For the Court,

                                By:  **KENNETH S. GARDNER**
                                     Kenneth S. Gardner
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL  60654
(312) 276-1401

{ PRICE / 001 / 00015959.DOC /}                3

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Dec 24, 2008
Case: 05-60222                 Form ID: pdf002              Total Served: 17

The following entities were served by first class mail on Dec 26, 2008.
db           +Edward J Price,   4149 W. 21st Place, Apt. 3,   Chicago, IL 60623-2832
aty          +Nella E Mariani,   Law Offices of Nella E. Mariani, P.C.,   53 West Jackson Blvd., Suite 909,
               Chicago, IL 60604-3837
aty          +Zane L Zielinski,   Frank/Gecker LLP,   325 N. LaSalle,   Suite 625,   Chicago, IL 60654-6465
tr           +Frances Gecker,   325 North LaSalle Street,   Suite 625,   Chicago, IL 60654-6465
10352771     +Aspire Visa,   PO Box 105555,   Atlanta, GA 30348-5555
10352772      Capital One,   P.O. Box 85617,   Richmomd, VA 23276-0001
12823059     +Capital One Bank (USA), N.A.,   c/o Tsys Debt Management (TDM),   Po Box 5155,
               Norcross, GA 30091-5155
10352773      Chase,   P.O. Box 52195,   Phoenix, AZ 85072-2195
10352774     +Citibank,   c/o Northland Group,   PO Box 390846,   Minneapolis, MN 55439-0846
10352775      City of Chicago,   Bureau of Parking,   P.O. Box 88292,   Chicago, IL 60680-1292
10352776     +Household Orchard Bank,   Midland,   5775 Roscoe Ct,   San Diego, CA 92123-1356
10352777     +Joyce Spivey,   149 S. Oak Park,   Oak Park, IL 60302-2901
10352778     +Kenosha County,   PPS,   PO Box 812,   Milwaukee, WI 53201-0812
10352779     +Palisades,   c/o Law Office of Blatt, et al,   125 S. Wacker Drive, Suite 400,
               Chicago, IL 60606-4424
10352780     +Peoples Energy,   130 East Randolph Drive,   Chicago, IL 60601-6302
10352781     +Providian,   c/o Wolpoff & Abrahamson,   702 King Farm Blvd,   Rockville, MD 20850-5774
10352782     +Shell/CItibank,   c/o Northland Group,   PO Box 390905,   Minneapolis, MN 55439-0905

The following entities were served by electronic transmission.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Frank/Gecker LLP
                                                                                                   TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**               **Signature:** *Joseph Speetjens*