# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
PRICE, EDWARD J                         §      Case No. 05-60222 CAD
                                        §
                    Debtor(s)           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 50.00 | Assets Exempt: 18,000.00 |
| Total Distributions to Claimants: 2,337.87 | Claims Discharged Without Payment: 22,293.00 |
| Total Expenses of Administration: 12,808.86 | |

3) Total gross receipts of $ 25,086.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 9,939.85 (see **Exhibit 2**), yielded net receipts of $ 15,146.73 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 12,808.86 | 12,808.86 | 12,808.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 22,537.00 | 2,066.45 | 2,066.45 | 2,337.87 |
| **TOTAL DISBURSEMENTS** | $ 22,537.00 | $ 14,875.31 | $ 14,875.31 | $ 15,146.73 |

4) This case was originally filed under chapter 7 on 10/15/2005. The case was pending for 53 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2010         By:/s/Frances Gecker
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009) (Page: 2)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT CLAIMS | 1149-000 | 25,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 86.58 |
| **TOTAL GROSS RECEIPTS** | | **$25,086.58** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Edward J. Price | Exemptions | 8100-002 | 7,500.00 |
| Clerk of the U.S. Bankruptcy Court | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,439.85 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 9,939.85** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | 2100-000 | NA | 2,264.67 | 2,264.67 | 2,264.67 |
| WILLIAM G. PINTAS & ASSOCIATES | 2990-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| FRANK/GECKER LLP | 3110-000 | NA | 5,533.00 | 5,533.00 | 5,533.00 |
| FRANK/GECKER LLP | 3120-000 | NA | 11.19 | 11.19 | 11.19 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,808.86 | $ 12,808.86 | $ 12,808.86 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASPIRE VISA | | 4,500.00 | NA | NA | 0.00 |
| CHASE | | 0.00 | NA | NA | 0.00 |
| CITIBANK | | 320.00 | NA | NA | 0.00 |
| CITY OF CHICAGO | | 560.00 | NA | NA | 0.00 |
| HOUSEHOLD ORCHARD BANK | | 1,295.00 | NA | NA | 0.00 |
| JOYCE SPIVEY | | 2,807.00 | NA | NA | 0.00 |
| KENOSHA COUNTY | | 205.00 | NA | NA | 0.00 |
| PALISADES | | 9,051.00 | NA | NA | 0.00 |
| PEOPLES ENERGY | | 124.00 | NA | NA | 0.00 |
| PROVIDIAN | | 2,898.00 | NA | NA | 0.00 |
| SHELL/CITIBANK | | 533.00 | NA | NA | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | 7100-000 | 244.00 | 2,066.45 | 2,066.45 | 2,066.45 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 271.42 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 22,537.00 | $ 2,066.45 | $ 2,066.45 | $ 2,337.87 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

Case No:      05-60222    CAD   Judge: Carol A. Doyle
Case Name:    PRICE, EDWARD J

For Period Ending: 02/15/10

Trustee Name:                     Frances Gecker
Date Filed (f) or Converted (c)   10/15/05 (f)
341(a) Meeting Date               01/31/06
Claims Bar Date:                  11/01/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 50.00 | 0.00 | DA | 0.00 | FA |
| 2. HOUSEHOLD GOODS  Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 4. RETIREMENT PLANS  Debtor Claimed Exemption | 10,000.00 | 0.00 | | 0.00 | FA |
| 5. CONTINGENT CLAIMS  Debtor Claimed Exemption | Unknown | 7,500.00 | | 25,000.00 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 86.58 | Unknown |
| TOTALS (Excluding Unknown Values) | $10,550.00 | $7,500.00 | | $25,086.58 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action

TRUSTEE WILL FILE A FINAL ACCOUNT AND REQUEST THIS CASE BE CLOSED

Initial Projected Date of Final Report (TFR): 12/28/07    Current Projected Date of Final Report (TFR): 12/01/08

Ver: 15.06b

LFORM1
UST Form 101-7-TDR (9/1/2009) (Page: 7)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 05-60222    CAD    Judge: Carol A. Doyle | |
| Case Name: | PRICE, EDWARD J | |
| Trustee Name: | Frances Gecker | |
| Date Filed (f) or Converted (c): | 10/15/05 (f) | |
| 341(a) Meeting Date: | 01/31/06 | |
| Claims Bar Date: | 11/01/07 | |

/s/    Frances Gecker
_____ Date: 02/11/10
FRANCES GECKER

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1
Exhibit 9

Case No: 05-60222 -CAD
Case Name: PRICE, EDWARD J

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******3781 MONEY MARKET

Taxpayer ID No: 75-6819831
For Period Ending: 02/15/10

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trn. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/07 | 5 | State Farm Mutual Auto Insurance Bloomington, IL | | 1149-000 | 25,000.00 | | 25,000.00 |
| 08/06/07 | 001000 | Edward J. Price | Debtor's Exemption | 8100-002 | | 7,500.00 | 17,500.00 |
| 08/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.63 | | 17,512.63 |
| 09/28/07 | 6 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 11.15 | | 17,523.78 |
| 10/31/07 | 6 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 11.17 | | 17,534.95 |
| 11/30/07 | 6 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 9.37 | | 17,544.32 |
| 12/31/07 | 6 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 8.39 | | 17,552.71 |
| 01/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 6.95 | | 17,559.66 |
| 02/29/08 | 6 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 4.17 | | 17,563.83 |
| 03/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 4.15 | | 17,567.98 |
| 04/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 3.60 | | 17,571.58 |
| 05/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.23 | | 17,573.81 |
| 06/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.16 | | 17,575.97 |

Page Subtotals   25,075.97   7,500.00

Ver 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 9)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

Case No: 05-60222 -CAD
Case Name: PRICE, EDWARD J
Taxpayer ID No: 75-6819831
For Period Ending: 02/15/10

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******3781 MONEY MARKET

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trn. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.23 | | 17,578.20 |
| 08/29/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.23 | | 17,580.43 |
| 09/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.17 | | 17,582.60 |
| 10/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.71 | | 17,584.31 |
| 11/28/08 | 6 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.44 | | 17,585.75 |
| 12/19/08 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.83 | | 17,586.58 |
| 12/19/08 | | Transfer to Acct #*******5308 | Final Posting Transfer | 9999-000 | | 17,586.58 | 0.00 |

```
                         COLUMN TOTALS               25,086.58      25,086.58        0.00
                    Less: Bank Transfers/CD's             0.00      17,586.58
                         Subtotal                    25,086.58       7,500.00
                    Less: Payments to Debtors                        7,500.00
                         Net                         25,086.58           0.00
```

Page Subtotals       10.61       17,586.58

Ver. 15.06b

LFORM24 UST Form 101-7-TDR (9/1/2009) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 05-60222 -CAD
Case Name: PRICE, EDWARD J

Taxpayer ID No: 75-6819831
For Period Ending: 02/15/10

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5308 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/08 | | Transfer from Acct #*******3781 | Transfer In From MMA Account | 9999-000 | 17,586.58 | | 17,586.58 |
| 02/02/09 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60610 | Chapter 7 Compensation/Fees | 2100-000 | | 2,364.67 | 15,321.91 |
| 02/02/09 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois 60610 | Attorney for Trustee Fees (Trustee | | | 5,544.19 | 9,777.72 |
| | | | Fees          5,533.00 | 3110-000 | | | 9,777.72 |
| | | | Expenses      11.19 | 3120-000 | | | 9,777.72 |
| * 02/02/09 | 001002 | William G. Pintas & Associates | Other Chapter 7 Administrative Expe | 2990-004 | | 5,000.00 | 4,777.72 |
| 02/02/09 | 001003 | Capital One Bank (USA), N.A.<br>c/o TSYS Debt Management (TDM)<br>P.O. Box 51555<br>Norcross, GA 30091 | General Unsecured 726(a)(2) | | | 2,337.87 | 2,439.85 |
| | | | Claim         2,066.45 | 7100-000 | | | 2,439.85 |
| | | | Interest      271.42 | 7990-000 | | | 2,439.85 |
| * 02/02/09 | 001004 | EDWARD J PRICE<br>4149 W 21ST PLACE, APT. 3<br>CHICAGO, IL 60623-2832 | Surplus Funds | 8200-004 | | 2,439.85 | 0.00 |

Page Subtotals   17,586.58   17,586.58

Ver: 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 11)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 4
Exhibit 9

Case No:       05-60222 -CAD
Case Name:     PRICE, EDWARD J

Trustee Name:            Frances Gecker
Bank Name:               BANK OF AMERICA
Account Number / CD #:   *******5308 GENERAL CHECKING

Taxpayer ID No: 75-6819831
For Period Ending: 02/15/10

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trxn. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/09 | 001002 | William G. Pintas & Associates | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 2990-004 | | -5,000.00 | 5,000.00 |
| 04/09/09 | 001005 | William G. Pintas & Associates<br>Attn: Laura Mullins<br>368 W. Huron Street, Suite 100<br>Chicago, IL 60654 | Redistribution - address was wrong and party never received | 2990-000 | | 5,000.00 | 0.00 |
| 05/18/09 | 001004 | EDWARD J PRICE<br>4149 W. 21ST PLACE, APT 3<br>CHICAGO, IL 60623-2832 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 8200-004 | | -2,439.85 | 2,439.85 |
| 05/21/09 | 001006 | EDWARD J PRICE<br>9430 S. Normal Ave.<br>Chicago, IL 60620 | Surplus Funds | 8200-003 | | 2,439.85 | 0.00 |
| 07/07/09 | 001006 | EDWARD J PRICE<br>9430 S. Normal Ave<br>Chicago, IL 60620 | Surplus Funds<br>Debtor's address unknown - unable to forward to Debtor | 8200-003 | | -2,439.85 | 2,439.85 |
| 07/07/09 | 001007 | United States Bankruptcy Court<br>219 South Dearborn<br>Courtroom 613<br>Chicago, IL 60604 | Surplus Funds<br>Bankruptcy Court returned - wanted Funds on deposit report filed concurrent with check but the check was never received at our offices. Bankruptcy Court sent to us via US Mail July 10, stop payment was issued on July 30. | 8200-004 | | 2,439.85 | 0.00 |
| 07/30/09 | 001007 | United States Bankruptcy Court<br>219 South Dearborn | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 8200-004 | | -2,439.85 | 2,439.85 |

Page Subtotals         0.00         -2,439.85

Ver: 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 12)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

Case No: 05-60222 -CAD
Case Name: PRICE, EDWARD J

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5308 GENERAL CHECKING

Taxpayer ID No: 75-6819831
For Period Ending: 02/15/10

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Courtroom 613 Chicago, IL 60604 | | | | | |
| 08/04/09 | 001008 | Clerk of the U S Bankruptcy Court for the Northern District of Illinois Eastern Division 219 S. Dearborn Street Chicago, Illinois 60604 | Unclaimed Funds | 8200-002 | | 2,439.85 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 17,586.58 | 17,586.58 | 0.00 |
| Less: Bank Transfers/CD's | 17,586.58 | 0.00 | |
| Subtotal | 0.00 | 17,586.58 | |
| Less: Payments to Debtors | | 2,439.85 | |
| Net | 0.00 | 15,146.73 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******3781 | 25,086.58 | 0.00 | 0.00 |
| GENERAL CHECKING - *******5308 | 0.00 | 15,146.73 | 0.00 |
| | 25,086.58 | 15,146.73 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

/s/ Frances Gecker

Page Subtotals    0.00    2,439.85

Ver: 15 06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 13)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6
Exhibit 9

| Case No: | 05-60222 -CAD | Trustee Name: | Frances Gecker |
| Case Name: | PRICE, EDWARD J | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5308 GENERAL CHECKING |
| Taxpayer ID No: | 75-6819831 | | |
| For Period Ending: | 02/15/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____ Date: _____
FRANCES GECKER

Page Subtotals        0.00        0.00

Ver: 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 14)